United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William K. Schoonover  
Roneva W. Mills  
       Debtors

Case No. 17-11265-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: May 26, 2017  
                           Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.  
db/jdb        +William K. Schoonover,    Roneva W. Mills,    162 Hopewell Lane,    Telford, PA 18969-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
       PATRICIA M. MAYER    on behalf of Debtor William K. Schoonover pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
       PATRICIA M. MAYER    on behalf of Joint Debtor Roneva W. Mills pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 7

William K. Schoonover and Roneva W. Mills                 : Case No. 17−11265−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court

21
Form 195